## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

| | |
|---|---|
| ESTATE OF ANNIE PEARL WILLIS, DECEASED | : No. 371 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the |
| PETITION OF: LESLIE WILLIS | : Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Application for Leave to Amend the Petition for Allowance of Appeal, the Petition to Compel Transcripts, the Petition for Leave to Respond to the Respondent's Answer, the Petition to Request a Rule 1925(a) opinion, and the Petition for Allowance of Appeal are **DENIED**.